IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 SEP 28 PM 2:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| CURTIS COLEMAN, JR. | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION NO. 00-C-2979-S |
| STATE OF ALABAMA and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) | |
| Respondents. | ) | |

ENTERED
SEP 28 2001

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, review of this petition for writ of habeas corpus is due to be stayed to afford the petitioner the ability to exhaust his available state remedies.

DONE, this 28th day of September, 2001.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE