**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| CURTIS COLEMAN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00-C-2979-S |
| | ) | |
| STATE OF ALABAMA and THE | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

**ENTERED**

**APR 2 9 2002**

## MEMORANDUM OPINION

On March 22, 2002, a magistrate judge of this court entered an order requiring the

petitioner to file a response in the above-captioned matter.  That response was returned by the

United States Postal Service as not deliverable.  On April 16, 2002, the magistrate judge entered

another order in this matter, directing that the last order again be sent to the petitioner. The

United States Postal Service has returned that order with the notation that the petitioner is no

longer in the jail.

Premised on the foregoing, this matter is due to be dismissed due to the petitioner's

failure to advise this court of his address and because he has been released.

**DONE**, this _29th_ day of April, 2002.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE